IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02025-BNB

SOVEREIGN HUNTER LEE WEEKS,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER KITCHEN STAFF, and
LARIMER COUNTY DETENTION CENTER SUPERVISOR,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Hunter Lee Weeks, is an inmate at the Larimer County Detention Center in Fort Collins, Colorado. Mr. Weeks initiated this action by filing *pro se* a Complaint (Doc. #1) pursuant to 42 U.S.C. § 1983. On September 7, 2011, Mr. Weeks filed on the proper form a Prisoner Complaint (Doc. #8) pursuant to § 1983. On September 14, 2011, Magistrate Judge Craig B. Shaffer ordered Mr. Weeks to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure if he wishes to pursue his claims in this action. Mr. Weeks was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days.

    On October 11, 2011, Mr. Weeks filed a "Motion to Extend Deadline" (Doc. #13) seeking additional time to obtain a verified account statement and a "Motion to Change Defendant" (Doc. #14) seeking to substitute two named individuals as the Defendants in this action.

The action will be dismissed because Mr. Weeks has failed within the time allowed to file a second amended complaint as directed. The "Motion to Extend Deadline" does not relate to the deadline imposed to file a second amended complaint and the "Motion to Change Defendant" is not sufficient to correct the various pleading deficiencies identified by Magistrate Judge Shaffer in his September 14 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order. Accordingly, it is

ORDERED that the Complaint, the Prisoner Complaint, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order. It is

FURTHER ORDERED that the "Motion to Extend Deadline" (Doc. #13) and the "Motion to Change Defendant" (Doc. #14) are denied as moot.

DATED at Denver, Colorado, this __24th__ day of ___October___, 2011.

BY THE COURT:


__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02025-BNB

Hunter Lee Weeks
Prisoner No. 1429105
Larimer County Detention Facility
2405 Midpoint Dr
Ft Collins, CO 80525

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 24, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk